IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANA REYES PENA, ) | |
| ) | Civil No. C06-5096-RBL |
| Plaintiff, ) | |
| ) | PROPOSED ORDER |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the stipulation of the parties in the above-captioned case, it is hereby ORDERED that fees in the amount of $3,774.72, expenses in the amount of $13.26 and costs in the amount of $250.00 be awarded to Plaintiff pursuant to 28 U.S.C. Section 1920.

DATED this 9th day of January, 2007.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Proposed Order Awarding
Fees Pursuant to EAJA